UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SEIU UNITED HEALTHCARE WORKERS WEST (HEALTHCARE WORKERS UNION SEIU LOCAL 250), et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-05-02877 VRW (EDL)<br><br>NOTICE OF CONTINUANCE<br>OF SETTLEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　You are hereby notified that the conference scheduled for July 6, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **August 10, 2006 at 9:30 a.m**.

　　Confidential Settlement Conference Statements, if not already submitted, shall be delivered directly to the Magistrate Judge no later than August 2, 2006. Statements shall not be filed with the Clerk of the Court or served upon the parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

　　The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: June 22, 2006

　　　　　　　　　　　　　　　　　　　　_Elizabeth D. Laporte_
　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge