IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH, | No. C-05-02877 VRW (EDL) |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SEIU UNITED HEALTHCARE WORKERS WEST (HEALTHCARE WORKERS UNION SEIU LOCAL 250), et al., | |
| Defendants. / | |

On March 2, 2006, the Court issued a Notice of Settlement Conference and Settlement Conference Order setting the Settlement Conference in this case for July 6, 2006. On June 22, 2006, the Settlement Conference was continued to August 10, 2006. The Court requires personal attendance by all parties at settlement conferences unless a party is otherwise excused in advance. See Mar. 2, 2006 Order at 1:20-21 ("**Lead trial counsel** shall appear at the Settlement Conference with the parties and with the person or persons having **full authority** to negotiate and to settle the case.") (emphasis in original). Despite the Court's Order, on August 10, 2006, Defendant Sal Roselli failed to appear at, or to seek to be excused from, the Settlement Conference.

Accordingly, Defendant Roselli is hereby ordered to show cause why he should not be sanctioned for violating the Court's Order requiring his attendance at the Settlement Conference. A show cause hearing is scheduled for August 22, 2006 at 10:00 a.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA. Defendant Roselli shall file a declaration by August

//

//

1  17, 2006 explaining his absence and failure to seek to be excused.

2  **IT IS SO ORDERED.**

3  Dated: August 10, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge