IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH, | No. C-05-02877 VRW (EDL) |
| Plaintiff, | **ORDER CONTINUING SHOW CAUSE HEARING** |
| v. | |
| SEIU UNITED HEALTHCARE WORKERS WEST (HEALTHCARE WORKERS UNION SEIU LOCAL 250), et al., | |
| Defendants. | |

On August 10, 2006, the Court issued an Order to Show Cause requiring Defendant Sal Roselli to file a declaration regarding his unexcused absence at the August 10, 2006 settlement conference in this case and setting a show cause hearing for August 22, 2006. On August 15, 2006, Mr. Roselli's counsel William Sokol filed a declaration regarding Mr. Roselli's failure to appear at the settlement conference. Defendant's counsel also advised the Court that he is unavailable on August 22, 2006.

Due to counsel's unavailability, the show cause hearing is continued to August 29, 2006 at 10:00 a.m. Based on counsel's declaration, which does not excuse the failure to comply with the Court's Order, the Court is inclined to impose monetary sanctions in the amount of $500 against Defendants. Defendants may either contest the sanctions at the August 29, 2006 hearing or agree to pay $500 by check payable to the Clerk of the Court no later than August 28, 2006. If the sanctions

//

//

//

1 are paid, the show cause hearing will be vacated.

2 **IT IS SO ORDERED.**

3 Dated: August 17, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
4 United States Magistrate Judge