**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SMITH,

    Plaintiff,

v.

SEIU UNITED HEALTHCARE WORKERS WEST (HEALTHCARE WORKERS UNION SEIU LOCAL 250), et al.,

    Defendants.

No. C-05-02877 VRW (EDL)

**ORDER VACATING SHOW CAUSE HEARING**

On August 17, 2006, the Court issued an Order Continuing Show Cause Hearing, which stated that: "Defendants may either contest the sanctions at the August 29, 2006 hearing or agree to pay $500 by check payable to the Clerk of the Court no later than August 28, 2006. If the sanctions are paid, the show cause hearing will be vacated." On August 24, 2006, Defendants paid the $500 sanction. Accordingly, the show cause hearing scheduled for August 29, 2006 is vacated.

**IT IS SO ORDERED.**

Dated: August 25, 2006

                                        ELIZABETH D. LAPORTE
                                      United States Magistrate Judge