IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL JAMES SMITH,        No C 05-2877 VRW

    Plaintiff,        ORDER

    v

SEIU UNITED HEALTHCARE WORKERS
WEST (HEALTHCARE WORKERS UNION
SEIU LOCAL 250),

    Defendant.
_____/

        Before the court is defendant SEIU United Healthcare Workers West's ("Local 250") motion to exclude evidence relating to "any and all actions, claims and/or charges previously made by Plaintiff Michael Smith against Defendant, which have already been resolved." Doc #104. Smith filed a prior complaint in this court against Local 250 in May 2002. The prior complaint alleged discrimination and retaliation. On June 3, 2003, the parties settled all claims that had accrued as of that date. Defendant argues that actions resolved by the settlement have no probative value and risk undue prejudice and confusion of the issues.

Defendant's motion is DENIED. See <u>Dosier v Miami Valley Broadcasting Corp</u>, 656 F2d 1295, 1297 (9th Cir 1981). Plaintiff will be required to establish a connection between the conduct occurring prior to June 3, 2003 that he seeks to introduce and the retaliation claims in this lawsuit. In the event that no link can be established, any evidence of pre-June 2003 conduct will be stricken.

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge